AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 10, 2025**

SEAN F. McAVOY, CLERK

ROBERT EDWARD SCHRADER )
*Plaintiff* )
v. )
SGT STACY BLAND, DEPUTY JASON BISCARRO, DEPUTY STINSEN, CHIEF SHAWN DAVIS, DEPUTY MARTIN, DEPUTY FAULKNER, DEPUTY KURREN, SGT. NEIGEL, INMATE CROWDER, STEVENS COUNTY JAIL, STEVENS COUNTY SHERIFF DEPARTMENT, SHERIFF BRAD MENKE and DETECTIVE SWIM, )
*Defendants*

Civil Action No.   2:25-CV-0344-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Plaintiff's Motion to Voluntarily Dismiss Complaint is GRANTED.
The Complaint is DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   THOMAS O. RICE

Date:   12/10/2025

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*